IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN -8 2020
JEFFREY P. COLWELL
CLERK

__Kenneth Michael Thomas__, Plaintiff,

v.

__Denver Health Hospital, paramedic ANALAURA Lenz, Denver Police officer Jacob Wolford #16029__, Defendant(s).
__Denver Police officer Adam Paulsen #08049__

**PRISONER'S MOTION AND AFFIDAVIT
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915**

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. The nature of this action is: Violation of The US Constitution 8th Amendment. On September 13, 2019 at 19:00 Hrs I was Arrested on 17th & Tremont Pl. By ofcr. Adam Paulsen who used excessive force hitting my head on ground and scraping my head on pavement, causing neck & shoulder injury from the excessive force, I was taken into Denver Health Ambulance #51 and the paramedics fully restrained me to Gurney loaded me in, And ofcc. Wolford also got in and pulled out a syringe to use on me, I objected, thats when the female caucassion nurse (LENZ) took a fold up Blanket placing it over my Nose and mouth (suffocating me) I'm terrified. She let up after a minute or so and did it AGAIN, then began cutting off all my clothes → pg 2 follows

(Rev. 10/01/12)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

_Poor, broke, Homeless, Negro Transient_
_No Assets, Not even 2) pair of shoes!_

5. Are you in imminent danger of serious physical injury?

— Yes  ✗ No (CHECK ONE). If you answered yes, briefly explain your answer:

_not physical but prosecutural misconduct being biased mad cause I filed complaints with Independent monitor Internal Affairs, And D.A. put Another charge on me. from a P.R. Bond to (2) $10,000 cash only Bond, Judge David Goldberg_

6. I have attached to this motion a signed authorization directing my custodian to calculate and disburse funds from my inmate trust fund account or institutional equivalent to pay the required filing fee.

7. I have attached to this motion a certificate from the appropriate official at each penal institution in which I have been confined during the six-month period immediately preceding the filing of this action and a certified copy of my inmate trust fund account statement for the same six-month period.

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. See 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on ___May 30th 2020___
(Date)

___Kenneth Michael Thomas___
(Prisoner's Original Signature)

that's when another officer Approached the side open door of Ambulance #51 with a wallet and drugs inside the wallet he found somewhere in the high drug area where I was arrested, containing drugs, weed and multiple identitys. That ofcr. was tall (white) and witnessed the paramedic (tormenting me) I was sedated and woke up with none of my cloths on, my (L) hand between 1st and 2nd knuckle had been shot up with something, besides whatever they shot without my consent, being concious and competent, everything went bad when I complaind about the ofcr inside the Ambulance Attempting to use a syringe on me, to use methods to terrorize me, suffocating me with applied pressure over the folded blanket restricting All my Air, several mins of terror, then a following up by cutting off All my cloths, shooting me up and causing Serious Damage "emotionally tramatized" nerve damage in (L) hand numb No feelings, I want them prosecuted, And Ive made Complaints to Internal affairs And the D.A. Added another chg. at my Arraignment in District Court, And Judge David Goldberg Allowed that in w/o giving me a Preliminary hearing, he just added it to the charges that were Bound over" to me they're All working together

# Confidential

Job ID: DDC-04-136174

Title: Untitled1

Requesting User: cc-4-7

# Confidential

③ I was Arrested for F.T.A. on Judge Goldberg Case# 19CR7005 MARCH 20th, 2020, I was held an entire week without being seen by the court or given Any Kind of Bond, Then (7) days later on 3/27/20 I was given a P.R. Bond for being held w/o a Bond violating (CRS 16-4-105) So I go to court on that Bond 5/28/20 And Judge, DAVID Goldberg took the P.R. Bonds that were given to me for being held with NO Bond for a week, violating my Constitutional Right to a Bond within 48 Hours, that bond being given to right the wrong for holding me (7) days w/o a Bond, 5/28/20 I appear in court with my P.R. Bond and The Judge Goldberg takes the P.R. Bonds And turns it into (2) $10,000 CASH only Bonds I am trying to Bond out cause (COVID-19) has tripled from 184 → 584 from May 14 → May 21st one week And I'm almost 57 yrs old with liver & Kidney disease I've released my medical files to show the judge And Judge Knows the risk of Death if I catch Covid-19 its in my Pod (4D) its every where in the JAIL #1 in Colo. for Confirmed cases, So Judge Goldberg SAID he will leave the $10,000 CASH Bonds

# Confidential

Job ID: DDC-04-136174

Title: Untitled1

Requesting User: cc-4-7

# Confidential

④ IN Active effect until he sees what Judge Francis Simonet does with my $25,000 Bond cause of my risk of (COVID-19) causing serious illness or Death, with my pre-existing chronic disease being in the Highest risk as a elderly Black male, whereby they can't protect me as I'm Vulnerbility is Highest, being the Amount of Cases Spread. I named the defendants on this Action of 8th Amendment Vio to U.S. Consti.

Please have a good (COVID-19) free day SAFE

Kenneth Michael Thomas

Kenneth M. Thomas

# Confidential

Job ID: DDC-04-136173

Title: Motion_Pursuant_to_1915-Waive_Fee-Co

Requesting User: cc-4-7

# Confidential

## AUTHORIZATION

I, _Kenneth Thomas_, request and authorize the agency holding me in custody to calculate and disburse funds from my inmate trust fund account or institutional equivalent in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with this civil action and I understand that the total filing fee of $350.00 is due and will be paid from my inmate trust fund account or institutional equivalent regardless of the outcome of this case.

Prisoner Name (please print): _Kenneth Thomas_

Prisoner Signature: _[signature]_

## CERTIFICATE OF PRISON OFFICIAL

  I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.


Prisoner's Name: ─────────────────

Signature of Authorized Prison Official: ──────────────────────

Date: ──────────────

# CERTIFICATE OF PRISON OFFICIAL

I Certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the inmate named below:

**Inmate's Name:** Thomas, Kenneth M.

**Inmate's CD #:** 0000355119

**Account Balance:** $0.00 as of 05/19/2020

**Signature of Authorized Official:** D/S Bynd S110067     **Date:** 05/19/2020



Denver Sheriff Department | City and County of Denver
CONNECT WITH US | 311 | pocketgov.com | denvergov.org | Denver 8 TV | Facebook